PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, on the ground that the evidence fails to show actionable negligence on the part of the defendant or freedom from contributory negligence on the part of the plaintiff.

DOUGLAS v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. February 15, 1907.) Action by Sophia Douglas against the Metropolitan Street Railroad Company. No opinion. Motion granted. Order signed.

DRISCOLL, Respondent, v. AMERICAN FIDELITY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Mary Y. Driscoll, as, etc., against the American Fidelity Company. No opinion. Order affirmed, with $10 costs and disbursements.

DURANT v. VILLAGE OF SOLVAY. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by John Durant, as, etc., against the village of Solvay. No opinion. Motion for leave to appeal to the Court of Appeals granted.

DURHAM, Respondent, v. AREA OR TERRITORY OF SYLVAN BEACH, Appellant. (Supreme Court, Appellate Division, Fourth Department, January 23, 1907.) Action by Jerre T. Durham against the area or territory of Sylvan Beach. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, without costs. Held, that the summons was not served in accordance with the provisions of defendant's charter.

DUVAL, Respondent, v. RACQUETTE RIVER PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by Clara Duval, as administratrix, etc., of Alfred Duval, deceased, against the Racquette River Paper Company. PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents. PARKER, P. J., not sitting.

DYGERT, Appellant, v. AUSTIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 16, 1907.) Action by Asa B. Dygert against Clarence W. Austin and another. No opinion. Judgment affirmed, with costs.

EAST, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by John P. East against the Brooklyn Heights Railroad Company. No opinion. Motion denied.

In re EDWARDS. (Supreme Court, Appellate Division, Second Department. January 30, 1907.) In the matter of the application of Ogden Ellery Edwards, Jr., for admission to the bar. No opinion. Application granted.

EGGERS v. METROPOLITAN LIFE INS. CO. (Supreme Court, Appellate Division, First Department. February 15, 1907.) Action by Frederick Eggers against the Metropolitan Life Insurance Company. No opinion. Motion granted, with $10 costs. Order filed.

ELLISON v. CITY OF AUBURN. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by Richard Ellison against the city of Auburn.

PER CURIAM. Plaintiff's exceptions overruled, motion for a new trial denied, with costs, and judgment ordered for the defendant on the nonsuit.

KRUSE, J., dissents.

In re ELSTROTH'S ESTATE. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) In the matter of the estate of George H. Elstroth, deceased, and the application for the appointment of a trustee to execute the trusts under his last will and testament. No opinion. Motion denied, without prejudice to a renewal if the appeal is not perfected and the case placed on the next calendar of this court for argument.

ENGEL, Respondent, v. HOWELL, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by Johanna Engel, formerly Johanna Mayer, against Eugene B. Howell, as receiver of the Long Island Real Estate Exchange & Investment Company. No opinion. Motion denied.

ERNEST, Appellant, v. CITY OF SCHENECTADY, Respondent. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by John Ernest against the city of Schenectady.

PER CURIAM. Judgment unanimously affirmed, with costs.

PARKER, P. J., not sitting.

FAGAN, Respondent, v. McDONNELL et al., Appellants. (Nos. 2, 3, 4.) (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by Mary E. Fagan against Charles E. McDonnell and others. No opinion. The recovery in action No. 2 is determined at $1,034.09, in action No. 3 at $1,582.36, and in action No. 4 at $2,757.24.

FAGAN, Respondent, v. McDONNELL, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Mary E. Fagan against Charles E. McDonnell. No opinion. Motion for reargument denied. For former opinion, see 100 N. Y. Supp. 641.

FAULKNER, Appellant, v. FAULKNER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Action by John H. Faulkner against Nellie M. Faulkner. No opinion. Order affirmed, with $10 costs and disbursements.